IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRE PSAK, <br><br> Plaintiff, <br><br> v. <br><br> SALLY JEWELL, <br> Secretary, Department of the Interior <br><br> Defendant. | Civil Action No. 1:14-cv-00116-BAH |

## MOTION TO APPEAR PRO HAC VICE

Plaintiff, through undersigned counsel, hereby respectfully moves for the admission of Elizabeth Noelle Moran, Esq. *pro hac vice* in this matter. As grounds for this Motion, Plaintiff states as follows:

1. Ms. Moran's business address is 1100 Wayne Ave, Suite 300, and her business telephone number is (301) 608-0880. See Declaration of Elizabeth Moran ("Moran Dec.") at ¶ 2, attached and incorporated herein at Exhibit 1.

2. Ms. Moran is a member in good standing of the Bar of Maryland (Admitted 01/09/2014) Moran Dec. at ¶ 3.

3. Ms. Moran is familiar with the provisions of the Judicial Code, the Federal Rules of Civil and Criminal Procedure, the Rules of the United States District Court for the District of Columbia, and the Code of Professional Responsibility as adopted by the District of Columbia Court of Appeals. Moran Dec. at ¶ 4.

4. Ms. Moran has not been disciplined by any Bar to which she is admitted. Moran Dec. at ¶ 5.

5. Ms. Moran has not been admitted pro hac vice to this Court within the last two years. Moran Dec. at ¶ 6.

6. Shannon C. Leary of the law firm of Gary M. Gilbert & Associates, P.C., is a member in good standing of the bar of this Court and is also serving as counsel for Plaintiff in this case.

WHEREFORE, Plaintiff respectfully requests that Elizabeth Moran be admitted *pro hac vice* in this matter.

Dated: January 31, 2014                     Respectfully Submitted,

/s/ Shannon C. Leary
Shannon C. Leary
D.C. Bar No. MD18396
The Law Offices of Gary M. Gilbert
& Associates, P.C.
1100 Wayne Ave., Suite 900
Silver Spring, MD 20910
Telephone: (301) 608-0880
Facsimile: (301) 608-0881
Email: sleary@ggilbertlaw.com

Attorney for Plaintiff Jerre Psak