IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERRE PSAK <br><br> Plaintiff, <br><br> v. <br><br> SALLY JEWELL, <br> Secretary, Department of the Interior <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:14-cv-00116-BAH <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DECLARATION OF ELIZABETH NOELLE MORAN

I, Elizabeth Noelle Moran, declare and state as follows:

1. I am making this Declaration in support of Plaintiff's Motion to Appear *Pro Hac Vice*.

2. I am an associate with The Law Offices of Gary M. Gilbert & Associates, P.C. My business address is 1100 Wayne Ave, Suite 900, Silver Spring, Maryland 20910, and my business telephone number is (301) 608-0880.

7. I am a member in good standing of the State Bar of Maryland (Admitted 01/09/2014).

3. I am familiar with the provisions of the Judicial Code, the Federal Rules of Civil and Criminal Procedure, the Rules of the United States District Court for the District of Columbia, and the Code of Professional Responsibility as adopted by the District of Columbia Court of Appeals.

4. I have not been disciplined by any Bar to which I am admitted.

5. I have not been admitted *pro hac vice* to this Court within the last two years.

I hereby certify under penalty of perjury, and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: January 31, 2014

*Elizabeth N. Moran*
Elizabeth Moran, Esq.
The Law Offices of Gary M. Gilbert
& Associates, P.C.
1100 Wayne Ave., Suite 900
Silver Spring, MD 20910
Telephone: (301) 608-0880
Facsimile: (301) 608-0881
Email: emoran@ggilbertlaw.com